# IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, JACQUELINE CLEMENTE, COLLIN DAVIES, MIA GORDON, KATHI KINDER, and MAUREEN SKINNER<br><br>PLAINTIFFS<br><br>V.<br><br>LEAD TEACH MENTOR LLC; CURTISS ROBINSON; and VICKI ROBINSON<br>DEFENDANTS | CASE NO. 4:16CV00875 SWW |

## ORDER DISMISSING WITHOUT PREJUDICE SUPPLEMENTAL COUNTERCLAIM

Former employees of mental health counseling franchises commenced this qui tam action as relators for the United States, charging that the franchise owners and others submitted fraudulent insurance claims in violation of the False Claims Act ("FCA"). Separate defendant Lead Teach Mentor LLC ("LTM") filed counterclaims against three of the relators, charging that they breached covenants not to compete. The Court dismissed the plaintiffs' claims against a portion of the named defendants for failure to state a claim and later granted summary judgment as to claims against the remaining defendants. Because LTM's counterclaim remained pending the Court did not enter final judgment. However, because the Court has dismissed all claims over which it had

1

original jurisdiction, the Court declines to retain supplemental jurisdiction over LTM's state law counterclaims, which will now be dismissed pursuant to 28 U.S.C. § 1367(c).[1]

IT IS THEREFORE ORDERED that Counterclaims by separate defendant Lead Teach Mentor LLC are DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1367(c)(3). Pursuant to the judgment entered together with this order, this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 27TH DAY OF JUNE, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1]Currently pending is a motion for attorney's fees and costs by separate defendants, which is arguably premature in absence of a final judgment. See Fed. R. Civ. P. 54(d)(2)(B)(i)("Unless a statute or court order provides otherwise, [a motion for attorney's fees] must . . . be filed no later than 14 days after the entry of judgment[.]"). Once final judgment in entered, the Court will issue a ruling on the motion for attorney's fees and costs.