# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, JACQUELINE CLEMENTE, COLLIN DAVIES, MIA GORDON, KATHI KINDER, and MAUREEN SKINNER<br><br>PLAINTIFFS<br><br>V.<br><br>LEAD TEACH MENTOR LLC; CURTISS ROBINSON; and VICKI ROBINSON<br>DEFENDANTS | CASE NO. 4:16CV00875 SWW |

## JUDGMENT

Consistent with the orders entered April 11, 2018 [ECF No. 40] and March 20, 2019 [ECF No. 58], the plaintiffs' claims are DISMISSED WITH PREJDUICE, and pursuant to the order entered on this day, all counterclaims are DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1367(c)(3). THIS ACTION IS DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 27TH DAY OF JUNE, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE